**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MARY JO A. STONER** | : | Case No. 19−23082−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Doc. #13 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 11th of August, 2020,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 19-23082-JAD
MARY JO A. STONER                                                   Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: skoz                 Page 1 of 1              Date Rcvd: Aug 11, 2020
                               Form ID: 309               Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db             +MARY JO A. STONER,    812 Brentview Road,    Pittsburgh, PA 15236-2307
15109718       +ALLEGHENY COUNTY,    C/O JOHN WEINSTEIN,    436 GRANT STREET,    ROOM 108, COURTHOUSE,
                 Pittsburgh, PA 15219-2497
15153422       +Baldwin Borough,    c/o Legal Tax Service,    714 Lebanon Road,    West Mifflin, PA 15122-1030
15109719       +CAPITAL ONE,    c/o RIVERSIDE,    120 CORPORATE BLVD.,    Norfolk, VA 23502-4952
15099204       +PNC,    2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
15099205       +PNC,   C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                 Philadelphia, PA 19106-1538
15109726        PNC BANK,    PO BOX 1820,    Dayton, OH 45401-1820
15138683       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15109720       +EDI: CAPITALONE.COM Aug 12 2020 08:03:00     CAPITAL ONE,    PO BOX 30285,
                 Salt Lake City, UT 84130-0285
15120147        EDI: CAPITALONE.COM Aug 12 2020 08:03:00     Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
15138591       +E-mail/Text: kburkley@bernsteinlaw.com Aug 12 2020 04:31:45     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15109721       +EDI: IRS.COM Aug 12 2020 08:03:00     IRS,    1000 LIBERTY AVENUE,    STE 727,
                 Pittsburgh, PA 15222-4107
15109722       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 12 2020 04:31:23     KEYBANK,
                 4910 TIEDMAN ROAD,    Cleveland, OH 44144-2338
15109723       +EDI: AGFINANCE.COM Aug 12 2020 08:03:00     ONE MAIN FINANCIAL,    PO BOX 1010,
                 Evansville, IN 47706-1010
15127808        EDI: Q3G.COM Aug 12 2020 08:03:00     Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15109725*      +PNC,   C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                 Philadelphia, PA 19106-1538
15109724*      +PNC,    2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski   on behalf of Debtor MARY JO A. STONER atyrusb@choiceonemail.com
                                                                                             TOTAL: 5
```