**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARY JO A. STONER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-23082 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/03/2019 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,605.69 |
| Less Refunds to Debtor | 12,867.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 737.97 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 737.97 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 737.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 2,550.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 9689 | | | | |
|   PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0156 | | | | |
|   PNC BANK NA | 15,602.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 0156 | | | | |
|   BALDWIN BOROUGH (SWG) | 938.52 | 0.00 | 0.00 | 0.00 |
|     Acct: S054 | | | | |
|   BALDWIN BOROUGH (SWG) | 6,221.95 | 0.00 | 0.00 | 0.00 |
|     Acct: S054 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| Priority | | | | |
|   RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY JO A. STONER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-23082 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 9,401.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 5200 | | | | |
|   RUSSELL A BURDELSKI ESQ* | 3,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY JO A. STONER | 12,867.72 | 12,867.72 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| Unsecured | | | | |
|   DUQUESNE LIGHT COMPANY* | 2,007.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 9212 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1025 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8385 | | | | |
|   KEYBANK NA** | 1,443.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 5048 | | | | |
|   QUANTUM3 GROUP LLC AGENT - VELOCIT | 5,395.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 4951 | | | | |
|   INTERNAL REVENUE SERVICE* | 7,166.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 5200 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 257.03 | 0.00 | 0.00 | 0.00 |
|     Acct: 9435 | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                              0.00

TOTAL CLAIMED
PRIORITY          9,401.63
SECURED          25,313.27
UNSECURED        16.269.92

Date: 09/10/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com